# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 3, 2007

133223 & (37)

BORGESS MEDICAL CENTER,
      Plaintiff-Appellee,

v

JUAN RESTO,
      Defendant,

and

SOUTHERN MICHIGAN INSURANCE
COMPANY,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 133223
COA: 270773
Allegan CC: 04-036235-NF

On order of the Court, the motion to file brief amicus curiae is GRANTED. The application for leave to appeal the January 9, 2007 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *Ross v Auto Club Group* (Docket No. 130917) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 3, 2007 _____

                                                      Clerk

p0926